**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ewan Leask, | Case No. 22-cv-2481 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, et al., | |
| Defendants. | |

---

The parties filed a stipulation, Dkt. No. 21, to give Defendant City of Minneapolis an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant City of Minneapolis shall Answer or otherwise respond to the Complaint on or before September 11, 2023.

Dated: July 19, 2023

                                                                                       s/David T. Schultz
                                                                                      DAVID T. SCHULTZ
                                                                                      U.S. Magistrate Judge